General Complaint

FILED
OCT 25 2018
Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

Brandon Dale Henderson

Case Number : **4:18cv765-ALM-CAN**

List the full name of each plaintiff in this action.

VS.

Amber Guyger
Walmart
Dallas Police Department

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.     ATTEMPT TO SECURE COUNSEL:

      Please answer the following concerning your attempt to secure counsel.

      A.     In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

              1.   Employ Counsel
              2.   Court - Appointed Counsel
              3.   Lawyer Referral Service of the State Bar of Texas,
                  P. O. Box 12487, Austin, Texas 78711.

      B.     List the name(s) and address(es) of the attorney(s):

_____

_____

_____

C. Results of the conference with counsel:

_____

_____

_____

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? _____ Yes  ✓ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III. Parties to this suit:

    A. List the full name and address of each plaintiff:

    Pla #1 Brandon Dale Henderson 2129 51 Street Apt. D Lubbock, Texas 79412

    Pla #2 _____

    B. List the full name of each defendant, their official position, place of employment and full mailing address.

    Dft #1: Amber Guyger, police officer, Dallas police department 1400 S. Lamar Street Dallas, TX 75220

    Dft #2: Walmart, loss prevention department address (NA)

    Dft #3 _____

    Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I Brandon Dale Henderson on August 19, 2018 and Aaron Last Name (NA) were sitting down at a convience store in front of a Walmart. Two police suv's of Dallas police department drove up and begin to question us about an alleged offense that happend at Walmart. After denial of the allegations, I was asked by a female officer, Amber Guyger to stand up and put my hands behind my back that I am under arrest, for burglary. I repeatly denied the allegations and was the only person asked to stand up and was searched and tooken to jail under false charge. We clearly stated that I, Brandon D. Henderson, and Aaron rode to Walmart together and clearly stated that we both were in Walmart and Aaron was never asked to stand ~~~~ ~~~~~~~~~~~~~~~~~~~~. I feel that

I was targeted and predujice was used against me, with discrimination based on my background My looks and false alegations by walmart. Put under wrongful detainment and unfair Questioning and assumption of alleqded offenses.

V.  Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

I, Brandon Dale Henderson, is asking the court to order, Amber Guyger, Dallas police depart, Walmart, to compensate me $500,000 for ① pain and suffering ② defamation of character, ③ discrimination, ④ wrongful detainment ⑤ false allegations, and use of predjudice against me.

Signed this __19__ day of __September__ (Month), 20 __18__ (Year).

_[signature]_

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __September 19, 2018__
Date

_[signature]_

Signature of each plaintiff