IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRANDON DALE HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMBER GUYGER, *et al.*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:18-CV-2902-C-BH |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising that Plaintiff's Motion to Proceed *In Forma Pauperis* should be denied and this case should be dismissed without prejudice for Plaintiff's failure to prosecute or follows orders of the Court. Plaintiff has failed to file any objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED** and this civil action is hereby **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41.

SO ORDERED this 29th day of May, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE